UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Wayne Frye,

   Plaintiff,             Civ. No. 05-1327 (JNE/JJG)
                         ORDER
v.

Minnesota Department of Corrections, et al.,

   Defendants.

  This case is before the Court on a Report and Recommendation issued by the Honorable Jeanne J. Graham, United States Magistrate Judge, on January 20, 2006.  The magistrate judge recommended that Plaintiff's motions for a temporary restraining order and preliminary injunction be denied.  Plaintiff objected to the Report and Recommendation.  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation.  Therefore, IT IS ORDERED THAT:

  1. Plaintiff's motion for a preliminary injunction [Docket No. 6] is DENIED.

  2. Plaintiff's motion for a temporary restraining order [Docket No. 15] is DENIED.

Dated: February 23, 2006

                      s/ Joan N. Ericksen
                      JOAN N. ERICKSEN
                      United States District Judge