UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Wayne Frye,

       Plaintiff,                                                Civ. No. 05-1327 (JNE/JJG)
                                                              ORDER

v.

Minnesota Department of Corrections, et al.,

        Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeanne J. Graham, United States Magistrate Judge, on April 10, 2006. The magistrate judge recommended that Plaintiff's motion for a temporary restraining order or preliminary injunction be denied. No objections to the Report and Recommendation appear in the numerous documents that have been filed since April 10. The Court has nevertheless conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Plaintiff's motion for a temporary restraining order or preliminary injunction [Docket No. 81] is DENIED.

Dated: May 24, 2006

                                                                          s/ Joan N. Ericksen
                                                                          JOAN N. ERICKSEN
                                                                          United States District Judge