# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

**James Wayne Frye,**     Civil No. 05-1327 (JNE-JJG)

    Plaintiff,

v.     **ORDER**

**Minnesota Department of Corrections, et al.,**

    Defendants.

---

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Frye's motion for a preliminary injunction (Doc. No. 204) be **DENIED.**

Dated this 3rd day of November, 2006.

        s/ Joan N. Ericksen
        JOAN N. ERICKSEN
        United States District Court Judge